**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF COLORADO, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREP GENERAL PARTNER, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR MANAGEMENT SERVICES, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR RS NATIONAL, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR CALIFORNIA, INC., d/b/a "Greystar," a corporation;<br><br>GREP SOUTHWEST, LLC, d/b/a "Greystar," a limited liability company,<br><br>　　Defendants. | NOTICE OF RELATED CASE<br><br><br>**Case No. 1:25-00165-CNS** |

**NOTICE OF RELATED CASE**

　　Plaintiffs, the Federal Trade Commission ("FTC") and the State of Colorado, *ex rel.* Philip J. Weiser, Attorney General ("CO") submit this Notice of Related Case.

　　1.　　District of Colorado Local Civil Rule 3.2 requires that, "A party to a case shall file a notice identifying all cases pending in this or any other federal, state, or foreign jurisdiction

1

that are related to the case." D.C.COLO.LCivR 3.2(a). Related cases "are cases that have common facts and claims and: (1) have at least one party in common; or (2) are filed serially or collectively as a group by the same attorney or law firm." D.C.COLO.LCivR 3.2(b).

2.      *Collins v. GREP Southwest, LLC, d/b/a Greystar*, No. 2024CV30077 (Colo.Dist.Ct.) ("Collins case") is a class action case which was filed on January 9, 2024 in the District Court, Denver County, Colorado. (*See* Exhibit A) ("Collins Compl.") The instant case and the Collins case both name GREP Southwest, LLC ("GREP Southwest") as a defendant. (Collins Compl. ¶ 15) (ECF No. 1, FTC CO Compl.¶ 19).

3.      According to both complaints, GREP Southwest misrepresents the monthly rental price for units in its managed properties by advertising prices that do not include the mandatory monthly fees, which tenants must also pay to live in the units. (Collins Compl. ¶ 40) (ECF No. 1, FTC CO Compl. ¶ 33). Further, both complaints allege that GREP Southwest's conduct violates the Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-105. (Collins Compl. ¶¶ 101-103) (ECF No. 1, FTC CO Compl. ¶¶ 133-138). The complaint in the instant case further alleges that GREP Southwest's conduct violates the Federal Trade Commission Act, 15 U.S.C. § 45(a), and the Gramm-Leach-Bliley Act, 15 U.S.C. §§ 6801-6809, 6821-6827. (ECF No. 1, FTC CO Compl. ¶¶ 124-131).

//

2

Respectfully submitted,

Dated:  January 16, 2025

/s/ *Samantha Bennett*
SAMANTHA BENNETT
NY Bar No. 5132063
ROBERTA DIANE TONELLI
Cal. Bar No. 278738
SPENCER SCOVILLE
D.C. Bar No. 1766898
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5100
Email: sbennett@ftc.gov; rtonelli@ftc.gov; sscoville@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Dated:  January 16, 2025

PHILIP J. WEISER
Attorney General

/s/ *Adam T. Rice*
JULIANNE B. CRAMER, 57111
First Assistant Attorney General
ADAM T. RICE, 53963
Assistant Attorney General
Civil Rights Unit, Housing Protection
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6000
Email: Julie.Cramer@coag.gov; Adam.Rice@coag.gov

Attorneys for Plaintiff
STATE OF COLORADO

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Adam.Rice@coag.gov

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Roberta Diane Tonelli (rtonelli@ftc.gov)

Spencer Scoville (sscoville@ftc.gov)

Julianne B. Cramer (Julie.Cramer@coag.gov)

Lindsay Harrison (LHarrison@Jenner.com)

Betsy Henthorne (BHenthorne@Jenner.com)

*/s/ Samantha Bennett*
Samantha Bennett
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103

4