IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-00165-CNS-STV_____

FEDERAL TRADE COMMISSION; and
STATE OF COLORADO

    Plaintiffs,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC; *et al,*

    Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Greystar Real Estate Partners, LLC

GREP General Partner, LLC

Greystar Management Services, LLC

Greystar RS National, LLC

Greystar California, Inc.

GREP Southwest, LLC

    DATED at Denver, Colorado this 22nd day of January, 2025.

                                        Jocelyn Sitton
                                        Name of Attorney

                                        Jenner & Block, LLP
                                        Firm Name

2

353 N. Clark St.
Office Address

Chicago, IL 60654
City, State, ZIP Code

312-840-7484
Telephone Number

JSitton@Jenner.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

rtonelli@ftc.gov
sscoville@ftc.gov
sbennett@ftc.gov
adam.rice@coag.gov
juliebcramer1@gmail.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

_____
_____


*s/ Jocelyn Sitton*