## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FEDERAL TRADE COMMISSION, et al.,

*Plaintiffs,*

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,

*Defendants.*

Case No. 1:25-cv-165

## DEFENDANT GREYSTAR MANAGEMENT SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Greystar Management Services, LLC, by and through its undersigned counsel, discloses the following:

Greystar Management Services, LLC is a privately held limited liability company. Greystar Management Services, LLC's parent company is Greystar Real Estate Partners, LLC. No publicly held corporation owns 10% or more of Greystar Management Services, LLC's stock.

[Signatures on next page.]

Date: January 29, 2025

Respectfully submitted,

*/s/ Lindsay C. Harrison*

Lindsay C. Harrison
Elizabeth Henthorne
Hilary R. Ledwell
Joshua J.W. Armstrong
**JENNER & BLOCK LLP**
1099 New York Ave, NW, Suite 900
Washington, DC 20001
202-639-6000
LHarrison@Jenner.com
BHenthorne@Jenner.com
HLedwell@Jenner.com
JArmstrong@Jenner.com

Jocelyn A. Sitton
**JENNER & BLOCK LLP**
353 N. Clark St
Chicago, IL 60654
312-222-9350
JSitton@Jenner.com

2