IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FEDERAL TRADE COMMISSION, et al.,

    *Plaintiffs,*

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,

    *Defendants.*

Case No. 1:25-cv-165

**DEFENDANT GREYSTAR RS NATIONAL, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Greystar RS National, LLC, by and through its undersigned counsel, discloses the following:

    Greystar RS National, LLC is a privately held limited liability company. Greystar RS National, LLC's parent company is Greystar Real Estate Partners, LLC. No publicly held corporation owns 10% or more of Greystar RS National, LLC's stock.

[Signatures on next page.]

Date: January 29, 2025

Respectfully submitted,

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison
Elizabeth Henthorne
Hilary R. Ledwell
Joshua J.W. Armstrong
**JENNER & BLOCK LLP**
1099 New York Ave, NW, Suite 900
Washington, DC 20001
202-639-6000
LHarrison@Jenner.com
BHenthorne@Jenner.com
HLedwell@Jenner.com
JArmstrong@Jenner.com

Jocelyn A. Sitton
**JENNER & BLOCK LLP**
353 N. Clark St
Chicago, IL 60654
312-222-9350
JSitton@Jenner.com