# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00165

FEDERAL TRADE COMMISSION, and STATE OF COLORADO, ex rel. PHILIP J. WEISER, ATTORNEY GENERAL,

    Plaintiffs,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability company; GREP GENERAL PARTNER, LLC, d/b/a "Greystar," a limited liability company; GREYSTAR MANAGEMENT SERVICES, LLC, d/b/a "Greystar," a limited liability company; GREYSTAR RS NATIONAL, LLC, d/b/a "Greystar," a limited liability company; GREYSTAR CALIFORNIA, INC., d/b/a "Greystar," a corporation; GREP SOUTHWEST, LLC, d/b/a "Greystar," a limited liability company,,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the Federal Trade Commission.

DATED at San Francisco, California, this 10th day of February, 2025.

                                                    _/s/ Alyssa J.H. Wu_
                                                  **Alyssa J.H. Wu**
                                                  Cal. Bar No. 339651
                                                  Federal Trade Commission
                                                  Western Region San Francisco
                                                  90 7th Street, Suite 14-300
                                                  San Francisco, CA 94103
                                                  Tel: (415) 848-5100
                                                  Email: awu1@ftc.gov
                                                  Attorney for Plaintiff Federal Trade Commission

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

sbennett@ftc.gov
rtonelli@ftc.gov
sscoville@ftc.gov
adam.rice@coag.gov
julie.cramer@coag.gov
sarah.silver@coag.gov
bhenthorne@jenner.com
hledwell@jenner.com
jsitton@jenner.com
jarmstrong@jenner.com
lharrison@jenner.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


/s/ Alyssa J.H. Wu
**Alyssa J.H. Wu**
Cal. Bar No. 339651
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5100
Email: awu1@ftc.gov
Attorney for Plaintiff Federal Trade Commission

2