IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., *Plaintiffs,* v. GREYSTAR REAL ESTATE PARTNERS, LLC, et al., *Defendants.* | Case No. 1:25-cv-165 |

**UNOPPOSED MOTION TO EXTEND CASE DEADLINES**

Pursuant to Local Rule 6.1, Defendants move this Court to extend the existing deadlines in this case by 30 days. Defendants have conferred with Plaintiffs, who do not oppose this motion. In support of this motion, Defendants state as follows:

1. On January 16, 2025, the Federal Trade Commission and the State of Colorado filed the complaint in this action. *See* ECF No. 1. Defendants waived service of the summons and complaint the same day. *See* ECF Nos. 16-21. Defendants' current deadline to answer or otherwise respond to the complaint is March 17, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).

2. On January 17, 2025, this case was referred to Chief Magistrate Judge Varholak for non-dispositive matters. *See* ECF No. 7. On that same day, Chief Magistrate Judge Varholak entered an order setting a scheduling conference for April 23, 2025, and a deadline of April 16, 2025, for the parties to submit a proposed scheduling order. *See* ECF No. 8.

3. The parties' deadline to meet and confer prior to the scheduling conference is April 2, 2025. *See* Fed. R. Civ. P. 26(f)(1).

4. Defendants respectfully seek a 30-day extension of deadlines, given the press of other business and the desire for the parties to continue discussions concerning the potential resolution of this matter. An extension will conserve both judicial and party resources and promote the efficient and orderly resolution of this case.

5. The requested extension would operate to move:

   a. Defendants' deadline to respond to Plaintiffs' complaint from March 17, 2025, to April 16, 2025;
   b. The scheduling conference before Chief Magistrate Judge Varholak from April 23, 2025, to any date on or after May 23, 2025 that is convenient for the court; and
   c. The parties' deadlines to meet and confer and submit their proposed scheduling order to dates 21 days and 7 days (respectively) prior to the date of the scheduling conference.

6.       This is the first request for an extension of these deadlines. Plaintiffs do not oppose this request.

Date: March 12, 2025                              Respectfully submitted,

                                                   */s/ Lindsay C. Harrison*
Lindsay C. Harrison (D.C. Bar No. 977407)
Elizabeth Henthorne (D.C. Bar No. 1562688)
Hilary R. Ledwell (D.C. Bar No. 1615076)
Joshua J.W. Armstrong (D.C. Bar No. 90011865)
**JENNER & BLOCK LLP**
1099 New York Ave, NW, Suite 900
Washington, DC 20001
202-639-6000
LHarrison@Jenner.com
BHenthorne@Jenner.com
HLedwell@Jenner.com
JArmstrong@Jenner.com

Jocelyn A. Sitton (IL Bar No. 6339690)
**JENNER & BLOCK LLP**
353 N. Clark St
Chicago, IL 60654
312-222-9350
JSitton@Jenner.com

*Counsel for Defendants*

2

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system. Service was effected by and through the Court's CM/ECF system.

I further certify that this motion is being served contemporaneously on Defendants by their counsel pursuant to D.C.Colo.LCivR 6.1(c).

Dated: March 12, 2025                             */s/ Lindsay C. Harrison*
                                                                Lindsay C. Harrison