# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,

    Defendants.

Case No. 1:25-cv-165

### DECLARATION OF PAOLO PIZZI
### IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Paolo Pizzi, hereby declare:

1. I am over 21 years of age and of sound mind. I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my colleagues and staff.

2. I serve as Senior Managing Director, Corporate Finance for Greystar Real Estate Partners, LLC. I have held this position for 10 years. In this position, I am responsible for oversight of corporate financial planning and analysis, balance sheet management, and corporate treasury functions.

3. The Complaint in this case repeatedly refers to "Greystar" as if it is one company. But that is not accurate. Each company named as a defendant is a separate entity and operates independently.

4. Greystar Real Estate Partners, LLC is a corporate parent holding company of the other Greystar affiliates. It is a Delaware limited liability company with its principal

place of business in South Carolina. Greystar Real Estate Partners, LLC does not manage any multifamily rental properties or websites and has no responsibility for or role in the creation and dissemination of advertisements for apartments.

5. GREP General Partner, LLC is a Delaware limited liability company with its principal place of business in South Carolina. GREP General Partner, LLC does not manage any multifamily rental properties or websites and has no responsibility for or role in the creation and dissemination of advertisements for apartments. GREP General Partner, LLC has only a one percent interest in six property management entities: Greystar Management Services, LLC; GREP Central, LLC; GREP Dallas, LLC; GREP South, LLC; JPI Apartment Management, LLC; and JPI Management Services, LLC. That one percent interest does not allow GREP General Partner to control the activities of any of these entities or the advertising or marketing of rental units.

6. Greystar RS National, LLC is the parent company for property management entities that used to be part of the Riverstone Residential Group. It is a Delaware limited liability company with its principal place of business in South Carolina. Greystar RS National, LLC does not manage any multifamily rental properties or websites and has no responsibility for or role in the creation and dissemination of advertisements for apartments.

7. Greystar Management Services, LLC, Greystar California, Inc., and GREP Southwest, LLC are the only defendant companies in this case whose employees perform property-level management tasks, including in some cases assisting to some extent with the running of property websites and assisting with advertising. All are Delaware limited

liability companies with their principal places of business in South Carolina, but they operate in different regions of the United States.

8. Greystar California, Inc.'s activities are limited to property management services *in the state of California*. Greystar California, Inc. has no presence in Colorado, and to the extent its employees assist with property websites or other advertising, those activities are not targeted specifically at Colorado.

9. These six companies operate as distinct businesses. They maintain separate corporate records, and each respects legal formalities with respect to its separate corporate identity, filing separate financial statements where required.

10. Greystar Management Services, LLC, Greystar California, Inc., and GREP Southwest, LLC are the only defendant companies in this case with any role in the creation or dissemination of advertisements. Their employees have responsibility for the creation and dissemination of advertisements for multifamily rental units at properties in multiple regions on Greystar.com and on third-party internet listing services. No other defendant or its employees is responsible for or participates in the creation and dissemination of advertisements for multifamily rental units at properties on Greystar.com and on third-party internet listing services.

11. Other than GREP Southwest, LLC and Greystar Management Services, LLC, none of the other defendants play any role in the creation or dissemination of advertisements for multifamily rental units in Colorado. These companies do not, as asserted in the Complaint, "advertis[e], marke[t], promot[e], offe[r], leas[e], [or] manag[e]

the rental of apartment and residential units to consumers in this District and throughout the United States." Compl. ¶¶ 14, 15, 17.

12. The Complaint alleges that the companies named as defendants share a common website and do not differentiate between themselves in public-facing materials. See id. ¶¶ 114, 116–19. That is not accurate—not every defendant has a website. And while there is a website at Greystar.com that refers to "Greystar," that does not change the fact that there are multiple separate entities with separate corporate identities, serving separate functions, and operating separately.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 16, 2025

_____
Paolo Pizzi

4