UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF COLORADO, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL,<br><br>   Plaintiffs,<br><br>       v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREP GENERAL PARTNER, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR MANAGEMENT SERVICES, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR RS NATIONAL, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR CALIFORNIA, INC., d/b/a "Greystar," a corporation;<br><br>GREP SOUTHWEST, LLC, d/b/a "Greystar," a limited liability company,<br><br>   Defendants. | SUPPLEMENTAL NOTICE OF RELATED CASE<br><br>Case No. 1:25-00165-CNS |

**SUPPLEMENTAL NOTICE OF RELATED CASE**

Plaintiffs, the Federal Trade Commission ("FTC") and the State of Colorado, *ex rel.* Philip J. Weiser, Attorney General ("CO") submit this Supplemental Notice of Related Case.

1

1.  District of Colorado Local Civil Rule 3.2 requires that, "A party to a case shall file a notice identifying all cases pending in this or any other federal, state, or foreign jurisdiction that are related to the case." D.C.COLO.LCivR 3.2(a).  Related cases "are cases that have common facts and claims and: (1) have at least one party in common; or (2) are filed serially or collectively as a group by the same attorney or law firm." D.C.COLO.LCivR 3.2(b).  The Rule further requires that "[a] party shall file promptly a supplemental notice of any change in the information required under this rule."  D.C.COLO.LCivR 3.2(c)(2).

2.  *Wu, et al, v. GREP Southwest, LLC, d/b/a Greystar*, No. 3:25-cv-01090-AGS-BLM (S.D. Cal.) ("Wu case") is a class action case which was filed on April 29, 2025 in the United States District Court for the Southern District of California. (*See* Exhibit A) ("Wu Compl.") The instant case and the Wu case both name Greystar Real Estate Partners, LLC ("GREP") and Greystar California, Inc. ("Greystar California") as defendants. (Wu Compl. ¶¶ 40-41) (ECF No. 1, FTC CO Compl. ¶¶ 14, 18).

3.  According to both complaints, GREP and Greystar California misrepresent the monthly rental price for units in their managed properties by advertising prices that do not include the mandatory monthly fees, which tenants must also pay to live in the units. (Wu Compl. ¶¶ 88-100, 106-132) (ECF No. 1, FTC CO Compl. ¶ 33). The Wu case further alleges that GREP and Greystar California's conduct violates the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq*.; the California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq*.; and the California False Advertising Law, Cal. Civ. Code §§ 17500 *et seq*. The complaint in the instant case

further alleges that GREP and Greystar California's conduct violates the Federal Trade Commission Act, 15 U.S.C. § 45(a), the Gramm-Leach-Bliley Act, 15 U.S.C. §§ 6801-6809, 6821-6827, and the Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-105.  (ECF No. 1, FTC CO Compl. ¶¶ 124-138).

        Respectfully submitted,

Dated:  May 1, 2025

/s/ Samantha Bennett
SAMANTHA BENNETT
NY Bar No. 5132063
ROBERTA DIANE TONELLI
Cal. Bar No. 278738
SPENCER SCOVILLE
D.C. Bar No. 1766898
ALYSSA J.H. WU
Cal. Bar No. 339651
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5100
Email: sbennett@ftc.gov; rtonelli@ftc.gov; sscoville@ftc.gov, awu1@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Dated: <u>May 1, 2025</u>

PHILIP J. WEISER
Attorney General

/s/ *Sarah Silver*
JULIANNE B. CRAMER, 57111
First Assistant Attorney General
ADAM T. RICE, 53963
SARAH SILVER, 58465
Assistant Attorneys General
Civil Rights Unit, Housing Protection
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6000
Email: Julie.Cramer@coag.gov;
Adam.Rice@coag.gov;
Sarah.Silver@coag.gov

Attorneys for Plaintiff
STATE OF COLORADO

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Service was effected by and through the Court's CM/ECF system.

*/s/ Samantha Bennett*
Samantha Bennett
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
