**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00165

FEDERAL TRADE COMMISSION, and
STATE OF COLORADO, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL,

    Plaintiffs,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability company;
GREP GENERAL PARTNER, LLC, d/b/a "Greystar," a limited liability company;
GREYSTAR MANAGEMENT SERVICES, LLC, d/b/a "Greystar," a limited liability company;
GREYSTAR RS NATIONAL, LLC, d/b/a "Greystar," a limited liability company;
GREYSTAR CALIFORNIA, INC., d/b/a "Greystar," a corporation; and
GREP SOUTHWEST, LLC, d/b/a "Greystar," a limited liability company,

    Defendants.

---

**DECLARATION OF SAMANTHA BENNETT IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**

## DECLARATION OF SAMANTHA BENNETT

I, Samantha Bennett, declare as follows:

1. I am an attorney employed by the Federal Trade Commission ("FTC") and represent the FTC in this case. I am provisionally admitted to practice before this Court as a federal agency attorney.

2. In Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint, Plaintiffs cite to the decision in *FTC v. Voyager Digital LLC*, No. 23-cv-8690 (S.D.N.Y. May 16, 2024). A true and correct copy of the transcript of the Court's Oral Argument and Decision is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of May, 2025, in Emeryville, CA.

Dated: May 16, 2025

/s/ *Samantha Bennett*
SAMANTHA BENNETT
NY Bar No. 5132063
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5100
Email: sbennett@ftc.gov

Attorney for Plaintiff
FEDERAL TRADE COMMISSION