IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FEDERAL TRADE COMMISSION, et al.,

    *Plaintiffs*,

    v.

GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,

    *Defendants*.

Case No. 1:25-cv-00165-CNS-STV

**JOINT STATUS REPORT**

On May 16, 2025, Plaintiffs the Federal Trade Commission and the State of Colorado, *ex rel.* Philip J. Weiser, Attorney General and Defendants Greystar Real Estate Partners, LLC, GREP General Partner, LLC, Greystar Management Services, LLC, Greystar RS National, LLC, Greystar California, Inc., and GREP Southwest, LLC (together, the "Parties") filed a Joint Motion to Stay Discovery for 60 Days requesting that the Court stay all deadlines and obligations related to discovery and to vacate the May 29, 2025 Scheduling Conference. ECF No. 38. On May 19, 2025, the Court granted the Parties' Motion to Stay Discovery and ordered discovery and all case proceedings stayed pending resolution of settlement efforts. ECF No. 41. The Parties now file this Joint Status Report to advise the Court of the status of settlement.

The Parties have made substantial progress towards settlement and continue to regularly meet and confer regarding an appropriate resolution. The Parties believe that, with additional time, they may be able to reach an acceptable settlement of this matter.

To facilitate the Parties' ongoing settlement discussions, the Parties request that the Court continue to stay proceedings in this matter. The Parties will promptly notify the Court if the Parties reach a settlement. If no settlement has been reached within 60 days, the Parties propose filing a further status report on September 16, 2025.

[Signatures on next page.]

Date: July 18, 2025

/s/ *Samantha Bennett*_____

SAMANTHA BENNETT (NY Bar No. 5132063)
ROBERTA TONELLI (Cal. Bar No. 278738)
SPENCER SCOVILLE (D.C. Bar No. 1766898)
ALYSSA J.H. WU (Cal. Bar No. 339651)
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5100
Email: sbennett@ftc.gov; rtonelli@ftc.gov; sscoville@ftc.gov, awu1@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


PHILIP J. WEISER
Attorney General

/s/ *Sarah Silver*_____
JULIANNE B. CRAMER, 57111
First Assistant Attorney General
ADAM T. RICE, 53963
SARAH SILVER, 58465
Assistant Attorneys General
Civil Rights Unit, Housing Protection
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6000
Email: Julie.Cramer@coag.gov;
Adam.Rice@coag.gov;
Sarah.Silver@coag.gov

Attorneys for Plaintiff
STATE OF COLORADO

Respectfully submitted,

/s/ *Lindsay C. Harrison*_____

**JENNER & BLOCK LLP**

Lindsay C. Harrison (D.C. Bar No. 977407)
Elizabeth Henthorne (D.C. Bar No. 1562688)
Hilary R. Ledwell (D.C. Bar No. 1615076)
Joshua J.W. Armstrong (D.C. Bar No. 90011865)
1099 New York Ave, NW, Suite 900
Washington, DC 20001
202-639-6000
LHarrison@Jenner.com
BHenthorne@Jenner.com
HLedwell@Jenner.com
JArmstrong@Jenner.com
Jocelyn A. Sitton (IL Bar No. 6339690)
353 N. Clark St
Chicago, IL 60654
312-222-9350
JSitton@Jenner.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system.  Service was effected by and through the Court's CM/ECF system.

Dated: July 18, 2025                                            */s/ Samantha Bennett*
                                                                               Samantha Bennett