IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>            *Plaintiffs,*<br><br>     v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,<br><br>            *Defendants.* | Case No. 1:25-cv-00165-CNS-STV |

**JOINT STATUS REPORT AND MOTION TO STAY DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS**

Plaintiffs the Federal Trade Commission and the State of Colorado, *ex rel.* Philip J. Weiser, Attorney General, and Defendants Greystar Real Estate Partners, LLC, GREP General Partner, LLC, Greystar Management Services, LLC, Greystar RS National, LLC, Greystar California, Inc., and GREP Southwest, LLC (together, the "Parties") hereby move this Court to continue the stay of all deadlines and obligations related to discovery and refrain from scheduling hearings for an additional thirty (30) days beyond Congress's restoration of appropriations to the Federal Trade Commission, to allow the Parties to continue settlement discussions.

**PROCEDURAL OVERVIEW**

At the end of the day on September 30, 2025, the appropriations act that had been funding the Federal Trade Commission expired and appropriations to the Commission lapsed. The Parties do not know when funding will be restored by Congress. Absent an appropriation, Federal Trade Commission attorneys and employees are prohibited from

working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Without appropriations, the Parties have been unable to continue their ongoing settlement negotiations.

This Court has previously stayed discovery to allow the parties to continue settlement negotiations, as follows:

- On May 16, 2025, the Parties filed a Joint Motion to Stay Discovery, requesting a stay of all deadlines and discovery to allow for ongoing settlement negotiations. ECF No. 38. On May 19, 2025, the Court granted the Joint Motion and ordered a stay pending resolution of settlement efforts. ECF No. 41.

- On July 18, 2025, the Parties filed a Joint Status Report requesting to extend the stay for 60 days to allow for continued settlement efforts. ECF No. 48. On July 22, 2025, the Court granted the request and ordered the Parties to submit a status report by September 16, 2025. ECF No. 50.

- On September 16, 2025, the Parties filed a Joint Status Report requesting to extend the stay for 45 days to allow for continued settlement efforts. ECF No. 51. On September 17, 2025, the Court granted the request and ordered the Parties to submit a status report by November 3, 2025. ECF No. 53.

The Parties now file this Joint Status Report and Motion to request a stay of the discovery schedule until 30 days after Congress has restored appropriations to the Commission.

The Parties have made substantial progress towards settlement and—but for the lapse in appropriations—were continuing to regularly meet and confer regarding an appropriate resolution. The Parties believe that, with additional time once appropriations are restored, they may be able to reach an acceptable settlement of this matter. To account for the lapse in appropriations and facilitate the Parties' ongoing settlement

2

discussions, the Parties respectfully request that the Court continue to stay proceedings in this matter until 30 days after the restoration of appropriations to the Commission. The Parties will promptly notify the Court if the Parties reach a settlement. If no settlement has been reached within 30 days following the restoration of appropriations, the Parties propose filing a further status report with the Court at that time.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion to Stay Discovery In Light of Lapse of Appropriations.


[Signatures on next page.]

Dated: October 28, 2025

/s/ Samantha Bennett

SAMANTHA BENNETT (NY Bar No. 5132063)
ROBERTA TONELLI (Cal. Bar No. 278738)
SPENCER SCOVILLE (D.C. Bar No. 1766898)
ALYSSA J.H. WU (Cal. Bar No. 339651)
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5100
Email: sbennett@ftc.gov; rtonelli@ftc.gov; sscoville@ftc.gov, awu1@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


PHILIP J. WEISER
Attorney General


/s/ Sarah Silver
JULIANNE B. CRAMER, 57111
First Assistant Attorney General
ADAM T. RICE, 53963
SARAH SILVER, 58465
Assistant Attorneys General
Civil Rights Unit, Housing Protection
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6000
Email: Julie.Cramer@coag.gov;
Adam.Rice@coag.gov;
Sarah.Silver@coag.gov

Attorneys for Plaintiff
STATE OF COLORADO

Respectfully submitted,

/s/ Lindsay Harrison

**JENNER & BLOCK LLP**

Lindsay C. Harrison (D.C. Bar No. 977407)
Elizabeth Henthorne (D.C. Bar No. 1562688)
Hilary R. Ledwell (D.C. Bar No. 1615076)
Joshua J.W. Armstrong (D.C. Bar No. 90011865)
1099 New York Ave, NW, Suite 900
Washington, DC 20001
202-639-6000
LHarrison@Jenner.com
BHenthorne@Jenner.com
HLedwell@Jenner.com
JArmstrong@Jenner.com

Jocelyn A. Sitton (IL Bar No. 6339690)
353 N. Clark St
Chicago, IL 60654
312-222-9350
JSitton@Jenner.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system. Service was effected by and through the Court's CM/ECF system.

Dated: October 28, 2025                    */s/ Lindsay Harrison*
                                           Lindsay Harrison