IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREYSTAR REAL ESTATE PARTNERS, LLC, et al., <br><br> *Defendants.* | Case No. 1:25-cv-165-CNS-STV |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO STAY DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS**

In consideration of the parties' Joint Status Report and Motion to Stay Discovery In Light of Lapse of Appropriations, and for good cause shown therein, it is hereby **ORDERED** that the Motion is **GRANTED** and all deadlines and obligations related to discovery are **STAYED** for 30 days following Congress's restoration of appropriations to the Federal Trade Commission. If the parties have not otherwise filed materials related to settlement within those 30 days, the parties are **ORDERED** to file a joint status report within 30 days of the restoration of appropriations to the Federal Trade Commission.

**IT IS SO ORDERED.**

Date: _____, 2025

_____
Scott T. Varholak
Chief United States Magistrate Judge