FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11/20/2025
JEFFREY P. COLWELL, CLERK

## Pro Se Statement / Filing Draft – FTC/Greystar Case

**Denise Mora**
**Pro Se Plaintiff / Interested Party**
Denisefmora@gmail.com **720-774-1046**

**To:** The Honorable
**Case No: 1:25-cv-00165-CNS-STV**

**Re: Notification of Ongoing Harm, Non-Responsive Attorneys, and Unlicensed Representation**

---

**Statement:**

1. **Ongoing Harm:**
   I am an affected party in this case (125CV165) and continue to experience direct harm due to the issues underlying this litigation. Despite previous filings, the circumstances causing this harm have **not been resolved**, and the actions (or inaction) of parties involved continue to negatively impact myself and others similarly situated.

2. **Non-Responsive Attorneys:**
   All attorneys for both plaintiffs and defendants have **failed to respond to court notices or filings** as required. This lack of engagement creates **delays, confusion, and continued harm** to affected parties, including myself.

3. **Unlicensed Representation:**
   I have reason to believe that the individual currently representing the FTC in this matter is **not a licensed attorney** in Colorado, and has **not been licensed since 2020**. This individual appears to be acting under an LLC or other business entity, which does **not constitute proper legal representation**. Allowing this person to act as counsel raises serious concerns of **unauthorized practice of law** and violates court procedures requiring licensed attorneys to represent parties.

4. **Court Orders and Notices:**
   The court has previously ordered that **all attorneys must be noticed**. The failure of parties to comply with this order, coupled with potentially unlicensed representation, undermines the integrity of the case and affects due process for all parties involved, including myself.

5. **Request for Relief / Action:**
   I respectfully request that the Court:

- Ensure all parties are properly represented by **licensed attorneys**.
- Enforce compliance with court orders regarding **attorney notices**.
- Consider the ongoing harm to affected parties in determining the next steps.
- Take any necessary measures to **investigate and address unlicensed representation** in this case 1:25-cv-00165-CNS-STV

**Declaration:**
I declare under penalty of perjury that the information contained in this statement is **true and accurate to the best of my knowledge**.

**Signature:** __Denise Mora_____
**Date:** _____11-9-2025_____