FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:49 pm, Nov 20, 2025
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.: 1:25-cv-00165
FTC and State of Colorado v. Greystar Real Estate Partners, LLC

NOTICE TO COURT REGARDING POTENTIAL MISREPRESENTATION OF COUNSEL

To the Honorable Judge

I, Denise F. Mora, am submitting this notice to inform the Court of potential misrepresentation of counsel and law firm affiliations in the above-captioned case.

Upon review of the federal docket, the following attorneys are listed as counsel of record ("ATTORNEY TO BE NOTICED" LLC) for the Greystar-related defendants: a limited liability company doing business at Greystar

GREP General Partner, LLC / Greystar
- Elizabeth Henthorne
- Hilary Ledwell
- Jocelyn Sitton
- Joshua Armstrong
- Lindsay C. Harrison

Greystar Management Services, LLC / Greystar
- Elizabeth Henthorne
- Hilary Ledwell
- Jocelyn Sitton
- Joshua Armstrong
- Lindsay C. Harrison

Greystar RS National, LLC / Greystar
- Elizabeth Henthorne
- Hilary Ledwell
- Jocelyn Sitton
- Joshua Armstrong
- Lindsay C. Harrison

Greystar California, Inc. / Greystar
- Elizabeth Henthorne

I have reason to believe that certain individuals or firms are improperly claiming or using attorney or LLC names in connection with this case. This may affect service of process, the accuracy of filings, and my ability to respond properly.

### 2. Plaintiff Counsel

**State of Colorado, ex rel. Philip J. Weiser, Attorney General**
- Adam Rice, Colorado Department of Law, 1300 Broadway, 10th Floor, Denver, CO 80203, 720-508-6564, adam.rice@coag.gov (Lead Attorney, ATTORNEY TO BE NOTICED)
- Julianne B. Cramer, Richards Carrington, LLC, 1444 Blake Street, Denver, CO 80202, 303-962-2690, Julie.Cramer@coag.gov (ATTORNEY TO BE NOTICED) – **Note: has not worked at the Department of Law since 2020, yet her name continues to appear in filings and communications. And working for Phil Weiser with outdated info**
- Sarah Silver, Colorado Department of Law, 1300 Broadway, 9th Floor, Denver, CO 80203, 720-508-6248, sarah.silver@coag.gov (ATTORNEY TO BE NOTICED)

### 3. Nature of Concern

I have reason to believe that certain individuals or firms are improperly claiming or using attorney or LLC names in connection with this case. This may affect:
- Service of process
- Accuracy of the docket and filings
- My ability to respond or protect my rights

Attached are supporting documents:

- **Exhibit 1:** Docket copy and highlighted showing "ATTORNEY TO BE NOTICED" BAR ASSOCIATION said they are concerned and don't know how to regulate that concern as the complaint get sent to higher up and they don't know what they do from there

- **Exhibit 2:** Call logs #2 above and correspondence confirming misrepresentation from Richards Carrington, LLC, Julianne B. Cramer, Richards Carrington, LLC

- **Exhibit 3:** Any evidence of LLC or firm misuse; John Doe Attorney LLC for Defendant as Goodwill has stated they don't know anything. Phone numbers:202-346-4444 and 617-507-1001 +

### 4. Statutes and Professional Conduct

This Notice is submitted in light of the following legal authorities:

**Federal Statutes**
- 18 U.S.C. § 1001 – False Statements: prohibits knowingly falsifying, concealing, or omitting material facts in filings
- 18 U.S.C. § 1341 / 1343 – Mail and Wire Fraud: misuse of communication systems to misrepresent facts

- 28 U.S.C. § 1654 – Representation of Parties: guarantees parties the right to proper representation
- 28 U.S.C. § 1927 – Multiplying Proceedings Unreasonably: attorneys can be held liable for unreasonably complicating litigation

**Colorado State Statutes**
- C.R.S. § 18-5-113 – Theft by Deception / Fraud
- C.R.S. § 13-21-102 – Filing False Instruments / False Claims
- C.R.S. § 12-5-101 – Unauthorized Practice of Law

**Colorado Rules of Professional Conduct**
- Rule 3.3 – Candor Toward the Tribunal
- Rule 4.1 – Truthfulness in Statements to Others
- Rule 5.5 – Unauthorized Practice of Law

Omitting real parties affected, misrepresenting counsel, or using outdated attorney/LLC information may violate the above statutes and rules.

I respectfully request that the Court take notice of this potential misrepresentation and, if appropriate, direct verification of attorneys of record and their current firm affiliations.

Respectfully,
/s/ Denise F. Mora's AI Mega Watchdog
denisemora@gmail.com
720-774-1046