FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*2:52 pm, Nov 20, 2025*
JEFFREY P. COLWELL, CLERK

# EMERGENCY NOTICE OF ONGOING HARM, ACCESS-TO-JUSTICE VIOLATIONS, AND REQUEST FOR IMMEDIATE JUDICIAL REVIEW

Plaintiff/Interested Party **Denise F. Mora** submits this Emergency Notice to advise the Court of (1) clerk-level interference with filings, (2) attorney representation issues affecting the integrity of this matter, and (3) ongoing, serious harm to affected individuals arising from the underlying conduct of Greystar and related entities.

This Notice is submitted pursuant to **Fed. R. Civ. P. 5(d)(4)**, **28 U.S.C. § 1651**, the Court's inherent authority, and the constitutional right of access to the courts.

---

## 1. Clerk Obstruction and Refusal to File (Rule 5(d)(4) Violations)

Under **Fed. R. Civ. P. 5(d)(4)**, the clerk **must not refuse a filing** solely because of form or other non-substantive reasons.

However, clerk staff—specifically an employee identifying himself as **Eithen**—has:

1. Hung up on the filer multiple times while attempting to submit documents.
2. Incorrectly stated that filings "cannot be submitted into this case," which is untrue.
3. Withheld filings required to be docketed.
4. Provided statements that appear intended to deter continued access to the Court.

This conduct violates:

- **Rule 5(d)(4)**
- **Judicial Employees' Code of Conduct, Canon 3**
- **Due Process rights under the 5th and 14th Amendments**
- **First Amendment right to petition the government**

Clerks may not give legal advice—
**but they also may not obstruct, mislead, or manufacture false procedural barriers.**

Immediate review is required so that the Court, not clerk staff, determines what may be filed.

## 2. Concerns Regarding Unlicensed or Improper Attorney Representation

Multiple communications with the Colorado Bar Association raise concerns that certain attorneys appearing as counsel in this matter may **not be properly licensed in Colorado** or may be operating under entities that do not match their public licensing records.

This raises the following issues:

- **Unauthorized practice of law**
- **Misrepresentation under Colo. RPC 5.5**
- **Conflict with statements made publicly (including through media)**
- **Potential prejudice to affected individuals who have not been notified or included**

The Court requested **Notices of Appearance**.
If counsel of record has not complied, the Court should be aware.

## 3. Blocking Affected Persons From Participation or Notice

Affected tenants and data-breach victims have attempted to contact counsel, including:

- Jenner & Block LLP (Washington, D.C.)
- The Colorado Attorney General's Office
- Entities and representatives associated with Greystar

**No responses have been received.**

This directly conflicts with the obligations of:

- **FTC Act enforcement standards**
- **Consumer protection requirements**
- **Due process rights of affected individuals**

Affected persons are still suffering harm, and the exclusion appears intentional.

## 4. Ongoing Harm and Unsafe Conditions

The underlying conduct continues to cause:

- financial injury
- data-security risks
- unsafe housing conditions
- improper collection and handling of personal information
- unlicensed or misrepresented LLC ownership issues
- lack of transparency from management companies

These harms are active, ongoing, and not theoretical.
Immediate judicial attention is required because **the risks to tenants and consumers are escalating**, not diminishing.

This filing contains **no emotional argumentation**; it presents **factual, document-supported safety concerns** requiring review.

## 5. Request for Immediate Court Action

The filer respectfully requests:

### A. Judicial review of clerk obstruction under Rule 5(d)(4)

To ensure filings are accepted and docketed without interference.

### B. Verification of attorney licensing and appearance compliance

To protect the integrity of the case and affected persons.

### C. Direction allowing affected persons to submit documentation

So the Court may evaluate harm directly.

### D. Any orders the Court deems necessary to prevent ongoing risk

Including corrective instructions to the Clerk's Office if required.

The filer is not requesting legal advice—only access, accuracy, and lawful procedure.

## 6. Certification

I certify under penalty of perjury that the statements contained in this Notice are true and based on direct communication with clerk staff, bar authorities, and the entities involved.

**Respectfully,**

**/Ms./ Denise F. Mora's AI Mega Watchdog**
**Denise F. Mora**

✉ *Denisefmora@gmail.com*

📞 *720-774-1046*