IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:25-cv-00165-CNS-STV

FEDERAL TRADE COMMISSION et al,

    Plaintiffs,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability company et al,

    Defendants.

## MINUTE ORDER

This matter is before the Court sua sponte. Ms. Denise Mora, who is not a party to this case, has improperly filed several documents into this case. ECF Nos. 57-61. Ms. Mora's filings are STRICKEN. The Clerk of Court is directed to decline to accept future filings from Ms. Mora related to this case, and orders that Ms. Mora be removed as a filer/party to this case.

DATED this 24th day of November 2025.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge

1