IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FEDERAL TRADE COMMISSION, et al.,

    *Plaintiffs,*

    v.

GREYSTAR REAL ESTATE PARTNERS, LLC, et al.,

    *Defendants.*

Case No. 1:25-cv-00165-CNS-STV

## NOTICE OF SETTLEMENT

Pursuant to D.C.COLO.LCivR 40.2(b) and CNS Civ. Practice Standard 16.6(c), Plaintiffs the Federal Trade Commission and the State of Colorado, *ex rel.* Philip J. Weiser, Attorney General, and Defendants Greystar Real Estate Partners, LLC, GREP General Partner, LLC, Greystar Management Services, LLC, Greystar RS National, LLC, Greystar California, Inc., and GREP Southwest, LLC (collectively, "Parties"), hereby provide notice that the Parties have reached an agreed-upon resolution in this matter and will be filing a Joint Motion for Entry of a Stipulated Order contemporaneously with this Notice.

| | |
|---|---|
| Date: December 2, 2025 | Respectfully submitted, |
| /s/ Samantha Bennett_____ | /s/ Lindsay Harrison_____ |

<table>
<tr><td>

SAMANTHA BENNETT (NY Bar No. 5132063)
ROBERTA TONELLI (Cal. Bar No. 278738)
SPENCER SCOVILLE (D.C. Bar No. 1766898)
ALYSSA J.H. WU (Cal. Bar No. 339651)
Federal Trade Commission
Western Region San Francisco
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5100
Email: sbennett@ftc.gov; rtonelli@ftc.gov; sscoville@ftc.gov, awu1@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


PHILIP J. WEISER
Attorney General


/s/ Sarah Silver_____
JULIANNE B. CRAMER, 57111
First Assistant Attorney General
ADAM T. RICE, 53963
SARAH SILVER, 58465
Assistant Attorneys General
Civil Rights Unit, Housing Protection
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6000
Email: Julie.Cramer@coag.gov;
Adam.Rice@coag.gov;
Sarah.Silver@coag.gov

Attorneys for Plaintiff
STATE OF COLORADO

</td><td>

**JENNER & BLOCK LLP**

Lindsay C. Harrison (D.C. Bar No. 977407)
Elizabeth Henthorne (D.C. Bar No. 1562688)
Hilary R. Ledwell (D.C. Bar No. 1615076)
Joshua J.W. Armstrong (D.C. Bar No. 90011865)
1099 New York Ave, NW, Suite 900
Washington, DC 20001
202-639-6000
LHarrison@Jenner.com
BHenthorne@Jenner.com
HLedwell@Jenner.com
JArmstrong@Jenner.com
Jocelyn A. Sitton (IL Bar No. 6339690)
353 N. Clark St
Chicago, IL 60654
312-222-9350
JSitton@Jenner.com

*Counsel for Defendants*

</td></tr>
</table>

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system.  Service was effected by and through the Court's CM/ECF system.

Dated: December 2, 2025                    */s/ Samantha Bennett*
                                                                  Samantha Bennett